EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 423-2012-01396 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. David Lee Miller | (937) 232-7786 | 10-11-1959 |

Street Address: 6295 Old Canton Road, #40-A, Jackson, MS 39211

City, State and ZIP Code

RECEIVED

EEOC/JAO

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AMERICAN PUBLIC UNIVERSITY | 201 - 500 | (703) 396-6868 |

Street Address: 10110 Battleview Pkwy, #114, Manassas, VA 20109

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-30-2011   Latest: 02-01-2012

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Respondent is an on-line university. I began working for them in March 2008 as an adjunct professor. In September 2011, I requested a reasonable accommodation for a consistent teaching schedule, to be effective in the December 2011, semester. However, come December, after seeing my schedule, my request was not granted as requested. After looking into it, I was told that I needed additional forms signed by my physician.

During this time with the holiday season, my physician was away and as a disabled veteran, it takes time for paperwork to be routed through the Veterans Administration. This is why I initially gave Respondent at least ten weeks advance notice of my request. That semester passed without an accommodation. I did sign a contract for the following semester (semesters last two months) that was accommodating.

Subsequently, January 16, 2012, Chief Administrative Officer, Pete Gibbons offered me a settlement to leave the university. I declined. As a result, subsequent contracts have been altered/cut resulting in a significant pay cut.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 30, 2012
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 423-2012-01396 |

_____ and EEOC
State or local Agency, if any

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I believe that I have been denied a reasonable accommodation and retaliated against, in violation of the Americans with Disabilities Act of 1990.

RECEIVED

EEOC/JAO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **May 30, 2012**<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |