IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DAVID LEE MILLER**                                                                    **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO. 3:13cv52-CWR-LRA**

**AMERICAN PUBLIC EDUCATION, INC. d/b/a**
**AMERICAN PUBLIC UNIVERSITY SYSTEM and**
**CONSTANCE ST. GERMAIN-DRISCOLL**                       **DEFENDANTS**

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This day this cause having come before the Court on the *ore tenus* motion of the Plaintiff, David Lee Miller, and the Defendants, American Public Education, Inc., American Public University System, Inc., and Constance St. Germain-Driscoll, each appearing through counsel, whose signatures are affixed below in the acknowledgment and approval hereof, and upon call of the action, these parties through their counsel thereupon move the Court for the adoption of this Agreed Final Judgment of Dismissal With Prejudice of the Court in this action.  It is, therefore

ORDERED AND ADJUDGED that as to any and all claims of the Plaintiff, David Lee Miller, the Defendants, American Public Education, Inc., American Public University System, Inc., and Constance St. Germain-Driscoll, be and hereby are fully and finally discharged from this action.  The Plaintiff's Complaint and all causes of action therein pled or referred to be and all the same are hereby finally and forever dismissed *with prejudice*, with each party to bear their respective costs of this action.

SO ORDERED AND ADJUDGED, on this, the 3rd day of December, 2013.

                                                       /s/ Carlton W. Reeves
                                                      UNITED STATED DISTRICT JUDGE

AGREED TO AND APPROVED:


*/s/ Nick Norris*                                                  .
Nick Norris (MSB#101574)
Attorney for David Lee Miller

*/s/ Matthew D. Miller*                                      .
Matthew D. Miller (MSB#99210)
Attorney for American Public Education, Inc.,
American Public University System and
Constance St. Germain-Driscoll